```
          IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                  FAYETTEVILLE DIVISION
```

CRIMINAL NO. 13-50027-001           USA v. RAMIRO GARCIA

COURT PERSONNEL:                    APPEARANCES:

Judge: JIMM LARRY HENDREN           Govt. CLAY FOWLKES

Clerk: GAIL GARNER                  Deft. GEORGE MCMANUS

Reporter: THERESA SAWYER            Int: DEBBIE ANDRADE (Standby)


### SENTENCING MINUTE SHEET

   On this date the above-named defendant appeared in person and with counsel for sentencing and is sworn.

- (X)  Inquiry made that defendant is not under influence of alcohol or drugs and is able to comprehend proceedings.
- (X)  Inquiry made whether defendant is under the care of a physician or taking any medication and is able to comprehend proceedings.
- (X)  Inquiry made that defendant is satisfied with counsel.
- (X)  Court determined that defendant and counsel have had opportunity to read and discuss presentence investigation report.
- (X)  Presentence investigation report reviewed in open court.
- (X)  Counsel for defendant withdraws objections to PSR in open court.
- (X)  Court expresses final approval of plea agreement.
- (X)  Government moves for downward departure pursuant to 5K1.1 - granted and 2-level departure awarded by the court.
- (X)  Attorney for government afforded opportunity to make statement to court.
- (X)  Counsel for defendant afforded opportunity to speak on behalf of defendant.
- (X)  Defendant afforded opportunity to make statement and present information in mitigation of sentence.
- (X)  Court proceeded to impose sentence as follows:

    132 months imprisonment; 2 years supervised release; $20,000.00 fine - interest waived.

Criminal No. 13-50027-001


    (X)    Defendant ordered to pay total special assessment of $100.00 for Count 4, which shall be due immediately.
    (X)    Defendant ordered to comply with the standard conditions of supervised release.
    (X)    Defendant ordered to comply with the following special conditions of supervised release:

           Submit to inpatient/outpatient substance abuse testing/treatment as directed by USPO.

           Submit person, residence, place of employment, and vehicle to a search upon request by USPO.

    (X)    Defendant advised of right to appeal sentence imposed.
    (X)    Defendant advised of right to apply for leave to appeal in forma pauperis.
    (X)    Counts 1-3 and forfeiture allegation dismissed on motion by the government.
    (X)    Defendant remanded to custody of USMS.


DATE: MARCH 11, 2014                    Proceeding began: 10:32 AM

                                                ended: 11:17 AM